UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TAMMY J. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:11-cv-01093 |
| MONARCH RECOVERY MANAGEMENT, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, TAMMY J. BROWN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and the parties are in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Matthew W. Kiverts
Matthew W. Kiverts
Attorney for Plaintiff

Illinois Bar ID No.: 6284437
Law Offices of Matthew W. Kiverts
27 N. Wacker Dr., Ste 401
Chicago, IL 60606
Phone: (312) 632-1017
Fax: (866) 596-2210
E-mail: mkiverts@kivertslaw.com