UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

TAMMY J. BROWN,

    Plaintiff,

    v.                                       Case No. 11-cv-01093

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

### *STIPULATION TO DISMISS*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Tammy J. Brown, and Defendant, Monarch Recovery Management, Inc., stipulate as follows:

1. The dispute between the parties has been settled; therefore the claims asserted by the plaintiff, Tammy J. Brown, against the defendant, Monarch Management, Inc., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P 41(a)(1).

Dated: June 29, 2011         LAW OFFICES OF MATTHEW W. KIVERTS

                                            /s/ Matthew W. Kiverts
                                            Matthew W. Kiverts

Dated: June 29, 2011         THOMAS & ASSOCIATES

                                            /s/ Scott G. Thomas
                                            Scott G. Thomas